Jeffrey A. Lake, Esq. (SBN 159234)
Nathan A. Shaman, Esq. (SBN 272928)
JEFFREY A. LAKE, A.P.C.
835 5th Ave., Ste. 200A
San Diego, CA 92101
Telephone: (619) 795-6460
Facsimile: (619) 795-6478
Email: nshaman@lakeapc.com

Attorneys for Plaintiff SARA LOWRY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA LOWRY,<br><br>   Plaintiff,<br><br>   vs.<br><br>SAN DIEGO POLICE DEPARTMENT, a public entity, WILLIAM LANSDOWNE, BILL NULTON, MIKE FISH, and DAVID ZELENKA, in their official capacities, and DOES 1 through 20, inclusive,<br><br>   Defendants. | Case No.: '11CV0946 MMA WMC<br><br>**COMPLAINT FOR DAMAGES**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Judge:<br>Dept.: |

Plaintiff Sara Lowry complains and alleges claims against Defendants SAN DIEGO POLICE DEPARTMENT, WILLIAM LANSDOWNE, BILL NULTON, MIKE FISH, DAVID ZELENKA, and DOES 1 through 20 as follows:

**GENERAL ALLEGATIONS**

1. Plaintiff, SARA LOWRY (Lowry), an individual, is a resident of Mendocino County and at the time of the incident was a resident of the County of San Diego, California.

2. Defendant SAN DIEGO POLICE DEPARTMENT (SDPD) is and at all times herein relevant

1 was a municipal law enforcement agency, duly organized and existing under the laws of the State of California.

3. Lowry is informed and believes and thereon alleges that Defendant WILLIAM LANSDOWNE (Chief Lansdowne) is and all times herein relevant was the Chief of Police of the SDPD.

4. Lowry is informed and believes and thereon alleges that Defendant BILL NULTON (Sergeant Nulton) is and at all times herein relevant was a Sergeant with the SDPD Canine Unit.

5. Lowry is informed and believes and thereon alleges that Defendant MIKE FISH (Officer Fish) is and at all times herein relevant was an Officer with the SDPD.

6. Lowry is informed and believes and thereon alleges that Defendant DAVID ZELENKA (Officer Zelenka) is and at all times herein relevant was an Officer with the SDPD.

7. Lowry is ignorant of the true names and capacities of Defendants DOES 1 through 20 and therefore sues these Defendants by such fictitious names. Lowry is informed and believes and thereon alleges that each Defendant so named is responsible in some manner for the injuries Lowry has suffered. Lowry will amend this Complaint to state the true names and capacities of Defendants DOES 1 through 20 after they are ascertained.

8. At all times mentioned, each Defendant was the agent and employee of each and every other Defendant and in doing the things alleged was acting within the course and scope of such agency and employment and with each and every other Defendant's actual and implied permission, consent, authorization, and approval.

9. This Court has venue pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claims in this case occurred in this venue.

## **VIOLATION OF 42 U.S.C. § 1983**

10. Lowry realleges and incorporates by reference the preceding paragraphs of this Complaint as though fully set forth herein.

11. Lowry is informed and believes and thereon alleges that Defendants SDPD, Chief Lansdowne, and Does 1 through 20 have adopted official policies, procedures, and customs governing the use of force and the use of police service dogs in all facets of police operations including, but not limited to, investigation, apprehension, and protection.

12. At approximately 11:00 p.m. on February 11, 2010 Lowry was lawfully sleeping on the couch in her unlocked office suite located at 4603 Mission Blvd., Suite 200, San Diego, California 92109 (Subject Property) when Sergeant Nulton and Officers Fish and Zelenka caused the deployment of a police service dog, which proceeded to bite or otherwise mar Lowry's face as she slept.

13. The policies, procedures, and customs adopted or ratified by the SDPD, Chief Lansdowne, and Does 1 through 20 were the direct and proximate cause of the actions and omissions of Sergeant Nulton and Officers Fish and Zelenka at the Subject Property.

14. The actions and omissions of Sergeant Nulton and Officers Fish and Zelenka were the direct and proximate cause of the injuries Lowry has suffered and will suffer.

15. As a direct and proximate result of Defendants' constitutional violations, Lowry has incurred and will incur the following damages:

   a. Lost wages;
   b. Hospital and medical expenses;
   c. Other special damages according to proof at trial; and
   d. General damages according to proof at trial.

16. Based on the foregoing, the actions and omissions of the SDPD, Chief Lansdowne, Sergeant Nulton, Officers Zelenka and Fish, and Does 1 through 20 constituted excessive force and an unreasonable search and seizure in violation of Lowry's rights under the Fourth Amendment and 42 U.S.C. § 1983.

17. The Court has jurisdiction over this claim pursuant to 28 U.S.C. § 1331.

**STRICT LIABLITY**

(Plaintiff Against All Defendants)

18. Lowry realleges and incorporates by reference the preceding paragraphs of this Complaint as though fully set forth herein.

19. Defendants are strictly liable pursuant to Cal. Civ. Proc. Code § 3342.

20. As a direct and proximate result of the foregoing strict liability of the Defendants, and each of them, Lowry has and will incur damages as discussed above.

21. Lowry has complied with Cal. Gov't Code §§ 900-935.9 by filing a claim against the City of San Diego, attached hereto as Exhibit 1, and receiving a denial of that claim, attached hereto as Exhibit 2.

22. The Court has jurisdiction over this claim pursuant to 28 U.S.C. § 1367.

**PRAYER FOR RELIEF**

WHEREFORE, PLAINITFF Sara Lowry prays for judgment against DEFENDANTS and each of them, jointly and severally, as follows:

1. For general and special damages according to proof at trial;
2. For attorney's fees pursuant to 42 U.S.C. § 1988(b);
3. For expert fees pursuant to 42 U.S.C. § 1988(c);
4. For costs of suit incurred herein;
5. For interest according to the legal rate; and
6. For other and further relief as the Court may deem just and proper.

Respectfully submitted,

Dated: May 2, 2011  JEFFREY A. LAKE, A.P.C.

By: s/Nathan Shaman
Jeffrey A. Lake, Esq.
Nathan A. Shaman, Esq.
Attorneys for Plaintiff SARA LOWRY

%JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** Lowry, Sara

**DEFENDANTS** City of San Diego, San Diego Police Department, Lansdowne, William, Nuttoh, Bill, Fish, Mike, and Zelenka, David, and Does 1-20 Officers

**(b)** County of Residence of First Listed Plaintiff  Stanislaus, California
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  San Diego
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number) Jeffrey A. Lake, Nathan A. Shaman, Lake, A.P.C. 835 5th Ave, Ste. 200A, San Diego, CA 92101, 619-795-6460

Attorneys (If Known) City Attorney of San Diego

**'11CV0946 MMA WMC**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☒ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 U.S.C. § 1983
Brief description of cause: Violation of 4th Amendment Rights - Police Excessive Force

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ TBD

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE May 2, 2011

SIGNATURE OF ATTORNEY OF RECORD [signature]

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____